UNITED STATES DISTRICT COURT
for the
District of Massachusetts

|  |  |
|---|---|
| Hong Liang Shen,<br>Jie Tan<br><br>         *Plaintiff*<br>      **-v-**<br><br>JUDGE DANA S. DOYLE, in her official and<br>    individual capacities;<br>REGISTER ANTHONY P. PATELLA, in his<br>    official and individual capacities;<br>JUDGE AMY L BLAKE, in her official and<br>    individual capacities;<br>CLERK PAUL TUTTLE, in his official and<br>    individual capacities<br><br>         *Defendant* | ) Case No. 3:25-cv-11876-MGM<br>)  *(to be filled in by the Clerk's Office)*<br><br>)<br>) **Demand for Jury Trial**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION

  Plaintiffs Hong Liang Shen and Jie Tan, by and through undersigned counsel, hereby provide notice of the voluntary withdrawal of their Motion for Preliminary Injunction (Docket No. 7), filed on July 14, 2025. This withdrawal is made without prejudice and does not affect the underlying claims in the Complaint.

  **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2), Plaintiffs certify that a good-faith conference with Defendants regarding this withdrawal has not occurred. As of the date of this filing, Defendants have not appeared in this action. Accordingly, conferral is impracticable at this time.

Respectfully submitted,

Date of signing:    July 16, 2025

/s/ *Jie Tan/*

Signature of Plaintiff and Attorney
Jie Tan
Mass Bar# 666462
JT LAW Office
400 Tradecenter Dr., STE 5900
Woburn, MA 01801
Tel: 9783359335
Jie.tan@jtlawservices.com

**CERTIFICATE OF SERVICE**
I hereby certify that on July 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, and I will send paper copies via certified mail to those currently non-registered participants.
/s/ Jie Tan
Jie Tan